McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Petitioners

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and LYNNE HARTMANN, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>MICHAEL K. and KELLY E. ELDER,<br><br>Respondents. | 2:07-mc-00087-LKK-KJM<br><br>**STIPULATION AND ORDERS RE: MAGISTRATE JUDGE JURISDICTION AND TAX SUMMONS ENFORCEMENT**<br><br>Taxpayers: Michael K. Elder, Kelly E. Elder<br><br>Date: November 28, 2007<br>Time: 10:00 a.m.<br>Ctrm: Hon. Kimberly J. Mueller<br>       (8th Floor, Ctrm. #26) |

The parties, through their undersigned counsel of record, hereby stipulate, subject to the approval of the District Judge and the Magistrate Judge, as follows:

1. In accordance with the provisions of Title 28 U.S.C. Section 636(c), Petitioners, the UNITED STATES OF AMERICA and Revenue Officer LYNNE HARTMANN consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial and the entry of final judgment.

2. In accordance with the provisions of Title 28 U.S.C. Section 636(c), Respondents, MICHAEL K. ELDER and KELLY E. ELDER, consent to have a United States Magistrate

1

1  Judge conduct any and all further proceedings in this case, including trial and the entry of
2  final judgment.
3          3.  The hearing set for November 28, 2007, at 10:00 a.m., before Judge Mueller, shall
4  be VACATED.
5          4.  The three IRS summonses in suit shall be ENFORCED.
6          5.  Respondents MICHAEL K. ELDER and KELLY E. ELDER shall appear at 4330
7  Watt Avenue, Sacramento, CA  95821, before Revenue Officer Lynne Hartmann, or her
8  designated representative, at a time and date not earlier than December 19, 2007, to be set in
9  writing by Revenue Officer Hartmann, then and there to be sworn, to give testimony, and to
10 produce for examining and copying the books, checks, records, papers and other data
11 demanded by the summonses, the examination to continue from day to day until completed.
12         6.  At any time that the United States takes the position that respondents have
13 complied, it may file a notice of that fact, and respondents will have no further obligations in
14 this litigation.

Dated: November 27, 2007                    McGREGOR W. SCOTT
                                            United States Attorney

                                   By:   /s/ Y H T Himel
                                         YOSHINORI H. T. HIMEL
                                         Assistant U. S. Attorney

Dated: November  27 , 2007                  LAW OFFICE OF
                                            ROBERT L. GOLDSTEIN

                                   By:   /s/ Robert L. Goldstein
                                         CINDY L. HO


ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Each of the parties in the above-captioned case has filed a consent to proceed before a
United States Magistrate Judge.  See 28 U.S.C. § 636(c).  According to E.D. Cal. LR 73-305,
both the district judge assigned to the case and the magistrate judge must approve the
reference to the magistrate judge.

1    The undersigned has reviewed the file herein and orders that, subject to acceptance of
2 the magistrate judge as provided below, the above-captioned case be reassigned and referred
3 to the magistrate judge for all further proceedings and entry of final judgment.

4    IT IS HEREBY ORDERED that any hearing dates currently set before Judge Karlton
5 are VACATED.

6    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to The
7 Honorable KIMBERLY J. MUELLER.  The parties shall please take note that all documents
8 hereafter filed with the Clerk of the Court shall bear case No. 2:07-mc-00087-KJM.

10   DATED: November 30, 2007          /s/ Lawrence K. Karlton
                                       LAWRENCE K. KARLTON
11                                     UNITED STATES DISTRICT JUDGE

14                        ORDER ACCEPTING REFERENCE

15    Having also reviewed the file, I accept reference of this case for all further proceedings
16 and entry of final judgment.

DATED:  December 3, 2007.

_____
U.S. MAGISTRATE JUDGE

22                     ORDER APPROVING STIPULATION
                       AND ENFORCING IRS SUMMONSES

    1.  The stipulation is APPROVED.

    2.  The hearing set before me for November 28, 2007, at 10:00 a.m., is VACATED.

    3.  The three IRS summonses in suit are ENFORCED.

    4.  Respondents MICHAEL K. ELDER and KELLY E. ELDER, shall appear at 4330
Watt Avenue, Sacramento, CA  95821, before Revenue Officer Lynne Hartmann, or her

3

designated representative, at a time and date not earlier than December 19, 2007, to be set in writing by Revenue Officer Hartmann, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summonses, the examination to continue from day to day until completed.

6. At any time that the United States takes the position that respondents have complied, it may file a notice of that fact, and respondents will have no further obligations in this litigation.

It is SO ORDERED.

DATED: December 3, 2007.

_____
U.S. MAGISTRATE JUDGE